ACCEPTED
03-14-00774-CV
5188707
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 10:40:38 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00774-CV

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 10:40:38 AM
JEFFREY D. KYLE
Clerk

_____

**TEXAS STATE BOARD OF VETERINARY MEDICAL EXAMINERS, and
NICOLE ORIA, in her Official Capacity as Executive Director**
*Appellants/Cross-Appellees*,

**v.**

**ELLEN JEFFERSON, D.V.M.,**
*Appellee/Cross-Appellant.*

_____

**On Appeal from the 127th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-14-000287
The Honorable Gisela D. Triana presiding**

_____

**APPELLANTS' UNOPPOSED MOTON FOR
EXTENSION OF TIME TO FILE BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellants, the Texas State Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director, by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, respectfully request this Court to grant them a thirty (30) day extension of time to file their initial brief, and in support would show the Court as follows:

1.     Appellants' brief is currently due on May 8, 2015.  No previous extensions have been requested or granted.

2.  Appellants request a thirty (30) day extension of time to file their brief, to June 8, 2015.

3.  The reason for the request is that the undersigned counsel for Appellants has hearings and other matters scheduled during May, 2015.

4.  This Motion is not interposed for the purpose of delay, but only for the purpose of allowing counsel to adequately prepare and file Appellants' brief and fully address the issues in this appeal.

5.  Counsel for Cross-Appellant, Ellen Jefferson, D.V.M., has stated that he does not oppose this Motion.

Appellants therefore respectfully request an extension of time to and including, June 8, 2015 in which to file and serve their brief in the captioned appeal. Dated: May 7, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Email: ted.ross@texasattorneygeneral.gov

*Attorneys for Appellants, Texas State Board of Veterinary Medical Examiners, and Nicole Oria, in her Official Capacity as Executive Director*

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for Cross-Appellant and he stated that he does not oppose this Motion.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 7th day of May 2015:

Ryan Clinton                          *Via: **Electronic Service***
State Bar No. 24027934
DAVIS, GERALD & CREMER, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
(432) 687-0011
 Fax: (432) 687-1735

David F. Brown                        *Via: **Electronic Service***
David P. Blanke
Zeke DeRose III
EWELL, BROWN & BLANKE, LLP
111 Congress Avenue, 28th Floor
Austin, Texas 78701
Telephone: (512) 457-0233
Facsimile: (877) 651-6384

*Attorneys for Cross-Appellant,*
*Ellen Jefferson, D.V.M.*

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General